IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | No. 05 CR 81 |
| | ) | |
| CHRISTOPHER MILLET, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

Defendant has filed five motions. The government seems to have overlooked one, a motion for preservation of notes. Since it merely seeks preservation, without seeking production at this time, the motion is granted. A second motion seeks a <u>Santiago</u> proffer 30 days before trial. The government has no objection and the motion is granted. The third motion is for an order requiring the government to give immediate notice of its intention to use evidence of other crimes, wrongs or bad acts. The government recognizes its obligation to provide reasonable notice of Rule 404(b) evidence, and 30 days appears reasonable. It need not, however, provide Rule 608 materials since those are solely for use during cross examination and rebuttal.

A fourth motion asks for a witness list within the next 30 days. The court cannot order the government to provide such a list, but doing so does facilitate trial. We request the government to provide such a list no later than seven days before trial. Finally, defendant may wish to file additional motions after he has digested the evidence, such as tapes, produced to him. He may do so.

JAMES B. MORAN
Senior Judge, U. S. District Court

April 7, 2005.