

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA    )
                            )
                            )
vs.                         )    No. 05 CR 81
                            )
CHRISTOPHER A. MILLET,      )
                            )
        Defendant.          )

## MEMORANDUM OPINION AND ORDER

Defendant wishes to obtain the trial transcript in order to prepare post-trial motions. He does not indicate whether he wants to review the transcript to determine whether or not there are issues he can raise or whether he wants to support specific contentions he intends to raise.

The problem is that there is, presently, no trial transcript. And we cannot determine whether or not the transcript, or any portion of it, is reasonably necessary for his defense prior to sentencing and any appeal, without knowing what he has in mind. The motion is, for now, denied.

James B. Moran
JAMES B. MORAN
Senior Judge, U. S. District Court

Dec. 13 , 2005.